KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LISA MAHER,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 04-05434 MHP<br><br>STIPULATION AND ORDER APPROVING COMPROMISE SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

    The plaintiff's attorney having met the criteria of L.R. 54-6, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

    1. Defendant shall pay FOUR THOUSAND DOLLARS, ($4,000.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action. The check is to be payable to plaintiff's counsel:

MANUEL D. SERPA<br>
1901 E. 4TH ST., STE 310<br>
SANTA ANA, CA 92705<br>
(714) 564-8640; FAX 8641

    2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice

Act.

    3. Payment of the FOUR THOUSAND DOLLARS, ($4,000.00) EAJA fees incurred in this court action, will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney fees or costs pursuant to the EAJA as a result of this court action.

Dated: March 26, 2006                       /s/
                                             MANUEL D. SERPA
                                             Attorney for Plaintiff

                                             KEVIN V. RYAN
                                             United States Attorney

Dated: March 29, 2006               By:    /s/
                                             SARA WINSLOW
                                             Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:  July 8, 2008



MAHER, EAJA STIP (sr)
C 04-05434 MHP                                        2